UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JINSOOK OHTA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LILIANA MADRIGAL-ROMERO,<br><br>Defendant. | Case No.: 23cr1388-JO<br><br>[PROPOSED] ORDER converting March 15, 2024, hearing date to a hearing to resolve discovery disputes |

At the request of Defendant, Liliana Madrigal-Romero, and with no opposition from the Government, the March 15, 2024, hearing date is converted to a hearing to resolve discovery disputes. The Court will reset a briefing schedule on Defendant's Motion to Dismiss at the March 15 hearing.

Date: 2/16/2024

Hon. Jinsook Ohta
United States District Judge